FILED

2011 JUL 14  P 4: 47

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>John A. Kanas and John Bohlsen,<br><br>    Defendant. | Civil Action No. 1:11cv750 (LO/TRJ) |

## CAPITAL ONE FINANCIAL CORPORATION'S
## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 of the United States District Court for the Eastern District of Virginia, Capital One Financial Corporation hereby states that it has no parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public, and no publicly held entity owns ten percent or more of its stock. Capital One Financial Corporation further states that it has nothing to report pursuant to Local Civil Rule 7.1(A)(1)(b).

Dated: July 14, 2011

Respectfully submitted,

_____
Orin Snyder, (*pro hac vice* motion pending)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Jason C. Schwartz, Va. Bar No. 43635
Michael Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Fax: 202.467.0539
jschwartz@gibsondunn.com
mdiamant@gibsondunn.com

James A. Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
Telephone: 804.762.5330
Fax: 804.762.5360
jmurphy@mmlawus.com

Attorneys for Capital One Financial Corporation