AO 440 (Rev. 12/09) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2011 JUL 22 P 1: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Capital One Financial Corporation | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:11cv750 |
| John A. Kanas and John Bohlsen | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John A. Kanas
32 Adelaide Avenue
East Moriches, New York 11940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason C. Schwartz
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**FERNANDO GALINDO, CLERK**

CLERK OF COURT

Date: 7/14/11

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
-------------------------------------------------------------------X
CAPITAL ONE FINANCIAL CORPORATION,

                            Plaintiff(s),

  -against-

JOHN A. KANAS and JOHN BOHLSEN,

                            Defendant(s).
-------------------------------------------------------------------X

Case No. 1:11-CV-0750

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                        s.s:
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an agent of CAPITOL PROCESS SERVICES, is over the age of eighteen years and is not a party to the action.

    That on the 15th day of July, 2011, at approximately 1:53 p.m., deponent served a true copy of the **Summons and Complaint** upon John A. Kanas c/o Bank United at 445 Broadhollow Road, Melville, New York 11747, by personally delivering and leaving the same with John A. Kanas at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

    John A. Kanas is a white male, approximately 60 years of age, is approximately 5 feet and 6-9 inches tall, weighs approximately 180-210 pounds, with short gray hair and brown eyes.

Sworn to before me this
18th day of July, 2011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

JOSEPH SANCHEZ #1155200

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050