**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**
**CIVIL ACTION NO. 1:11-CV-750 (LO/TRJ)**

CAPITAL ONE FINANCIAL CORPORATION,

        Plaintiff,

    v.

JOHN A. KANAS,

and

JOHN BOHLSEN

        Defendants.

_____/


**STIPULATION ACCEPTING SERVICE OF AMENDED COMPLAINT**


    Plaintiff, CAPITAL ONE FINANCIAL CORPORATION, and Defendants, JOHN A.

KANAS and JOHN BOHLSEN, hereby stipulate as follows:

1. Defendants, John A. Kanas and John Bohlsen, through their undersigned counsel, accept

    service today, August 3, 2011, of the First Amended Complaint.

2. Pursuant to Rule 15, Federal Rules of Civil Procedure, Defendants John A. Kanas and

    John Bohlsen will respond to the First Amended Complaint within 14 days, by August

    17, 2011.

Respectfully submitted,

_____/s/_____
David Boies
*Pro hac vice* motion to be filed
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914.749.8200
Fax: 914.749.8300
Email: dboies@bsfllp.com

Stuart H. Singer
*Pro hac vice* motion to be filed
BOIES SCHILLER & FLEXNER LLP
401 E. Las. Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
Fax.: 954.356.0022
Email: ssinger@bsfllp.com

Matthew W. Friedrich
*Pro hac vice* motion to be filed
David Ellis
Virginia Bar No.: 74860
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. N.W.
Washington D.C. 20015
Telephone: 202.274.1113
Fax: 202.237.6131
Email: mfriedrich@bsfllp.com

*Attorneys for Defendants, John A. Kanas
and John Bohlsen*

_____/s/_____
Orin Snyder, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Fax: 212.351.4035

osnyder@gibsondunn.com

Jason C. Schwartz, Va. Bar No. 43635
Michael Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Fax: 202.467.0539
jschwartz@gibsondunn.com
mdiamant@gibsondunn.com

James A. Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
Telephone: 804.762.5330
Fax: 804.762.5330
jmurphy@mmlawus.com

*Attorneys for Capital One Financial Corp.*