AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Capital One Financial Corporation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11 CV 750 (LO/TRJ) |
| John A. Kanas and John Bohlsen | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John A. Kanas and John Bohlsen

Date:   08/15/2011

*Attorney's signature*

James H. Rodio  Va. Bar No. 20139
*Printed name and bar number*

2121 Eisenhower Ave.  Suite 300
Alexandria, Virginia 22314
*Address*

jimrodio@rodiolaw.com
*E-mail address*

(703) 549-2288
*Telephone number*

(703) 562-7011
*FAX number*