## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number 1:11-cv-750 , Case Name Capital One Financial Corp. v. Kanas

Party Represented by Applicant: Capital One Financial Corp.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Howard Sean Hogan

Bar Identification Number 492002        State DC

Firm Name Gibson, Dunn & Crutcher LLP

Firm Phone # (202) 955-8500        Direct Dial # (202) 887-3640        FAX # (202) 530-9550

E-Mail Address HHogan@gibsondunn.com

Office **Mailing** Address 1050 Connecticut Ave. NW, Washington, DC 20036

Name(s) of federal court(s) in which I have been admitted See attachment

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __×__ a full-time employee of the United States of America, and if so request exemption from the admission fee.

Howard S. Hogan
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Jason C. Schwartz        12/01/2011

(Signature)        (Date)

Jason C. Schwartz        43635

(Typed or Printed Name)        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____

(Judge's Signature)        (Date)

**Howard Hogan Federal Court Admissions**

United States District Court for the District of Columbia

United States District Court for the Southern District of New York

United States District Court for the Eastern District of New York

United States District Court for the Eastern District of Texas

United States District Court for the Eastern District of Michigan

United States Court of Appeals for the Second Circuit

United States Court of Appeals for the District of Columbia Circuit

United States Court of Appeals for the Federal Circuit