IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>John A. Kanas and John Bohlsen,<br><br>        Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, January 6, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Motion to Extend Discovery.

                                        Respectfully submitted,

Dated: December 30, 2011                /s/ Jason C. Schwartz
                                        Orin Snyder, *pro hac vice*
                                        GIBSON, DUNN & CRUTCHER LLP
                                        200 Park Avenue
                                        New York, NY  10166-0193
                                        osnyder@gibsondunn.com
                                        Telephone:    212.351.4000
                                        Facsimile:     212.351.4035

                                        Jason Schwartz, Va. Bar No. 43635
                                        Howard S. Hogan, *pro hac vice*
                                        Michael Diamant, Va. Bar No. 65404
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC  20036
                                        jschwartz@gibsondunn.com
                                        hhogan@gibsondunn.com
                                        mdiamant@gibsondunn.com
                                        Telephone:    202.955.8500
                                        Facsimile:     202.467.0539

                                        James A. Murphy, Va. Bar No. 35380
                                        MURPHY & McGONIGLE
                                        4870 Sadler Road, Suite 301
                                        Glen Allen, VA  23060
                                        jmurphy@mmlawus.com
                                        Telephone:    804.762.5330
                                        Facsimile:     804.762.5360

                                        *Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th of December, 2011, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio  
James H. Rodio PLC  
2121 Eisenhower Avenue  
Suite 300  
Alexandria, VA 22314  
jimrodio@rodiolaw.com

                                            /s/ Jason C. Schwartz  
                                            Jason Schwartz, Va. Bar No. 43635  
                                            GIBSON, DUNN & CRUTCHER LLP  
                                            1050 Connecticut Avenue, N.W.  
                                            Washington, DC  20036  
                                            jschwartz@gibsondunn.com  
                                            Telephone:   202.955.8500  
                                            Facsimile:    202.467.0539