AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Capital One Financial Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:11-cv-750 (LO/TRJ) |
| Kanas & Bohlsen | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capital One Financial Corporation                                                                                           .

Date:     01/05/2012

/s/ Michael Diamant
*Attorney's signature*

Michael Diamant, Va. Bar No. 65404
*Printed name and bar number*

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue
Washington, D.C. 20036

*Address*

mdiamant@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 530-9630
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th of January, 2012, I will electronically file the foregoing

with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which

will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA  22314
jimrodio@rodiolaw.com

/s/ Michael Diamant
Michael Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
mdiamant@gibsondunn.com
Telephone:      202.955.8500
Facsimile:      202.530.9630