Date: 1/6/12

Judge: <u>Thomas Rawles Jones, Jr.</u>
Reporter: <u>FTR</u>

Start: 10:01
Finish: 10:11

Civil Action Number: 11cv750

Capital One Financial Corporation

vs.

John A. Kanas, et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:
Pltf's motion for extension of time to complete discovery

Argued &
(X) Granted  ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to _____

discovery for pltf extended through 3/23/12

( ) Report and Recommendation to Follow
(X) Order to Follow