IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  1:11cv750 |
| | ) |
| JOHN A. KANAS, et al., | ) |
| | ) |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that plaintiff's motion for an extension of discovery (no. 21) is GRANTED. Plaintiff may take discovery through March 23, 2012.  Witness lists and exhibit lists shall be exchanged by March 30, 2012, with objections due on April 6, 2012.

ENTERED this 6th day of January, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia