IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:11-cv-750__, Case Name __Capital One Financial Corp.__ v. John A. Kanas
Party Represented by Applicant: __Defendants, John A. Kanas and John Bohlsen__ and John Bohlsen

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __CARLOS MARIO SIRES__
Bar Identification Number __319333__       State __FLORIDA__
Firm Name __BOIES, SCHILLER & FLEXNER LLP__
Firm Phone # __954-356-0011__       Direct Dial # __954-377-4202__       FAX # __954-356-0022__
E-Mail Address __csires@bsfllp.com__
Office Mailing Address __401 East Las Olas Blvd., Suite 1200, Fort Lauderdale, FL  33301__

Name(s) of federal court(s) in which I have been admitted __Please see attached list.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)     James H Rodio
(Typed or Printed Name)

(Date) 1-20-2012
(VA Bar Number) 20139

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____                    _____
(Judge's Signature)                                              (Date)

Attachment

IN THE UNITED STATES DISTRICT OURT

FOR THE EASTERN DISTRICT OF VIRGINIA

CARLOS MARIO SIRES FLORIDA BAR #319333

Names(s) of federal court(s) in which I have been admitted:

| | |
|---|---|
| U.S. Ct. of Appeals, 10th Circuit, Denver, CO | Admitted on 8/24/2010 |
| U.S. Ct. of Appeals, 2nd Circuit, New York, NY | Admitted on 7/12/2010 |
| U.S. Ct. of Appeals, 11th Circuit, Atlanta, GA | Admitted on 2/4/2004 |
| U.S. D.C., Eastern District of Wisconsin | Admitted on 7/17/2003 |
| U.S.D.C., Southern District of Florida | Admitted on 7/23/1981 |