UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



F I L E

JAN 2 6 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| | | |
|---|---|---|
| Capital One Financial Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:11 CV 750 (LO/TRJ) |
| | ) | |
| John A. Kanas and John Bohlsen, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the parties' Joint Motion for Brief Enlargement of Discovery
Deadlines and the record, it is hereby:

ORDERED as follows:

1. The parties' Joint Motion for Brief Enlargement of Discovery Deadlines is GRANTED.

2. Defendants' deadline to conduct fact discovery is February 22, 2012, except that either
   by agreement of the parties or by order of the Court Defendants may take the deposition
   of Richard Fairbank after February 22 on a date agreed upon by the parties or on such
   schedule as the Court may order.

3. Plaintiff's deadline to conduct fact discovery is April 9, 2012.

4. Defendants and BankUnited will substantially complete production of responsive
   documents returned by Capital One's search terms by January 30, 2012; Defendants and
   BankUnited will substantially complete production of responsive documents in the
   possession of the recently agreed-upon custodians by February 7, 2012.

5. The parties will designate witnesses for all topics set forth in their respective Rule 30(b)(6) deposition notices.  These designations will not constitute a waiver of objections to the topics.

6. Plaintiff served supplemental responses to Defendants' First Set of Interrogatories on January 23, 2012.

7. Defendants will serve supplemental responses to Plaintiff's First Set of Interrogatories by January 31, 2012.

8. The parties shall exchange witness lists and exhibit lists on April 16, 2012, with related objections due April 23, 2012.

Dated: _1/26/12_

/s/Thomas Rawles Jones, Jr.
_____
Hon. Thomas Rawles Jones, Jr.
United States Magistrate Judge

2