UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CAPITAL ONE FINANCIAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 1:11-cv-750 |
| JOHN A. KANAS and JOHN BOHLSEN, | ) ) ) ) | |
| Defendants. | ) | |

ORDER

This matter comes before the Court on the Parties' Joint Motion to Reschedule the Final Pretrial Conference (Dkt. No. 34). The Court finds no good cause to reschedule the Final Pretrial Conference. Accordingly, it is hereby

ORDERED that the Parties' Joint Motion is DENIED. The Final Pretrial Conference shall be held as scheduled on February 16, 2012.

February 10, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge