AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| Capital One Financial Corporation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:11-cv-750 (LO/TRJ) |
| Kanas et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capital One Financial Corporation                                                                                                         .

Date:   02/15/2012

/s/ James Murphy
*Attorney's signature*

James Murphy, Va. Bar No. 35380
*Printed name and bar number*

MURPHY & McGONIGLE, PC
4870 Sadler Road, Suite 301
Glen Allen, VA  23060
*Address*

jmurphy@mmlawus.com
*E-mail address*

(804) 762-5330
*Telephone number*

(804) 762-5360
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of February, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

Jason Craig Schwartz
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
jschwartz@gibsondunn.com

Michael Stephen Diamant
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
Fax: (202) 530-9630
mdiamant@gibsondunn.com

/s/ James Murphy
James Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE, PC
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
jmurphy@mmlawus.com
Telephone: (804) 762-5330
Fax: (804) 762-5360