IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:11 CV 750 (LO/TRJ)__, Case Name __Capital One Financial Corp. v. John A. Kanas and John Bohlsen__
Party Represented by Applicant: __John A. Kanas and John Bohlsen__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED FEB 16 2012 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) __David Boies__
Bar Identification Number __2296333__   State __New York__
Firm Name __Boies, Schiller & Flexner LLP__
Firm Phone # __914-749-8200__   Direct Dial # __914-749-8201__   FAX # __914-749-8300__
E-Mail Address __dboies@bsfllp.com__
Office Mailing Address __333 Main Street, Armonk, New York 10504__

Name(s) of federal court(s) in which I have been admitted __(See Attached)__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.   (Please note the attached)

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   __2-13-2012__ (Date)
__James H Rodio__ (Typed or Printed Name)   __20139__ (VA Bar Number)

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
(Judge's Signature)
Liam O'Grady
United States District Judge

__2/16/12__ (Date)

I have been the subject of six bar grievances: three in Florida and three in New York. Four were brought by the same individual, who was the defendant in a case in which I represented the plaintiff. The fifth was also brought by a defendant in another action in which I represented the plaintiff. The sixth was brought by a political group relating to my representation of Vice President Al Gore in the Florida recount litigation of 2000. All six grievances were dismissed without any disciplinary action or sanction.

## Attachment 1
(David Boies' Bar Admissions)

| Name of State or Federal Bar | Date Admitted |
|---|---|
| State of New York | 3-27-67 |
| United States Supreme Court | 10-29-74 |
| United States District Court, Eastern District of New York | 6-5-81 |
| United States District Court, Southern District of New York | 9-6-91 |
| United States District Court, District of Colorado | 9-1-00 |
| United States District Court, Eastern District of Wisconsin | 12-5-11 |
| United States Court of Appeals, First Circuit | 7-7-06 |
| United States Court of Appeals, Second Circuit | 4-17-67 |
| United States Court of Appeals, Third Circuit | 9-8-95 |
| United States Court of Appeals, Fourth Circuit | 1-16-01 |
| United States Court of Appeals, Fifth Circuit | 1-20-09 |
| United States Court of Appeals, Sixth Circuit | 8-26-03 |
| United States Court of Appeals, Seventh Circuit | 3-22-02 |
| United States Court of Appeals, Ninth Circuit | 11-13-72 |
| United States Court of Appeals, Tenth Circuit | 11-20-73 |
| United States Court of Appeals, Eleventh Circuit | 4-8-09 |
| United States Court of Appeals, Federal Circuit | 2-9-01 |
| United States Court of Appeals, D.C. Circuit | 2-6-85 |
| United States Court of International Trade | 1-5-82 |
| United States Court of Federal Claims | 11-16-11 |