JUDGE: __O'GRADY__                                    DATE: __02-16-12__

CASE NUMBER: __1:11cv00750__

__Capital One Financial Corporation__

       vs.

__John A. Kanas, et.al.__

Time: __10:03 - 10:25__

APPEARANCES:  Counsel for:   Plaintiff (X)   Defendant (X)   Pro-se ( )

## FINAL PRETRIAL CONFERENCE:

(X) Case set for trial by JURY on __07-23-12 at 10:00 AM (1 week)__

( ) Case set for trial by the COURT on _____

Counsel directed to contact Magistrate Judge Jones for settlement conference.