IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>John A. Kanas and John Bohlsen,<br><br>　　　　　Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, March 2, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Motion to Compel Interrogatory Responses.

                                  Respectfully submitted,

Dated: February 17, 2012                /s/ Jason C. Schwartz
                                            Orin Snyder, *pro hac vice*
                                            GIBSON, DUNN & CRUTCHER LLP
                                            200 Park Avenue
                                            New York, NY  10166-0193
                                            osnyder@gibsondunn.com
                                            Telephone:       212.351.4000
                                            Facsimile:       212.351.4035

                                            Jason C. Schwartz, Va. Bar No. 43635
                                            Howard S. Hogan, *pro hac vice*
                                            Michael S. Diamant, Va. Bar No. 65404
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1050 Connecticut Avenue, N.W.
                                            Washington, DC  20036
                                            jschwartz@gibsondunn.com
                                            hhogan@gibsondunn.com
                                            mdiamant@gibsondunn.com
                                            Telephone:      202.955.8500
                                            Facsimile:      202.467.0539

                                            James A. Murphy, Va. Bar No. 35380
                                            MURPHY & McGONIGLE
                                            4870 Sadler Road, Suite 301
                                            Glen Allen, VA  23060
                                            jmurphy@mmlawus.com
                                            Telephone:      804.762.5330
                                            Facsimile:       804.762.5360

                                            *Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of February, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

                                              /s/ Jason C. Schwartz
                                              Jason C. Schwartz, Va. Bar No. 43635
                                              GIBSON, DUNN & CRUTCHER LLP
                                              1050 Connecticut Avenue, N.W.
                                              Washington, DC  20036
                                              jschwartz@gibsondunn.com
                                              Telephone:        202.955.8500
                                              Facsimile:         202.467.0539