**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

Capital One Financial Corporation,

        Plaintiff,

    v.                            Civil Action No. 1:11-cv-750 (LO/TRJ)

John A. Kanas and John Bohlsen,

        Defendants.

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, March 2, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Motion for Leave to File Documents Under Seal.

Respectfully submitted,

Dated: February 17, 2012

/s/ Jason C. Schwartz
Orin Snyder, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
osnyder@gibsondunn.com
Telephone:      212.351.4000
Facsimile:       212.351.4035

Jason C. Schwartz, Va. Bar No. 43635
Howard S. Hogan, *pro hac vice*
Michael S. Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
hhogan@gibsondunn.com
mdiamant@gibsondunn.com
Telephone:      202.955.8500
Facsimile:       202.467.0539

James A. Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE
4870 Sadler Road, Suite 301
Glen Allen, VA  23060
jmurphy@mmlawus.com
Telephone:      804.762.5330
Facsimile:       804.762.5360

*Attorneys for Plaintiff Capital One Financial
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2012, I will electronically file the

foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF

system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

/s/ Jason C. Schwartz
Jason C. Schwartz, Va. Bar No. 43635
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
Telephone:        202.955.8500
Facsimile:        202.467.0539