IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>John A. Kanas and John Bohlsen,<br><br>　　　　　Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, February 24, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Motion to Compel Interrogatory Responses.

               Respectfully submitted,

Dated: February 17, 2012        /s/ Jason C. Schwartz
               Orin Snyder, *pro hac vice*
               GIBSON, DUNN & CRUTCHER LLP
               200 Park Avenue
               New York, NY 10166-0193
               osnyder@gibsondunn.com
               Telephone: 212.351.4000
               Facsimile: 212.351.4035

               Jason C. Schwartz, Va. Bar No. 43635
               Howard S. Hogan, *pro hac vice*
               Michael S. Diamant, Va. Bar No. 65404
               GIBSON, DUNN & CRUTCHER LLP
               1050 Connecticut Avenue, N.W.
               Washington, DC 20036
               jschwartz@gibsondunn.com
               hhogan@gibsondunn.com
               mdiamant@gibsondunn.com
               Telephone: 202.955.8500
               Facsimile: 202.467.0539

               James A. Murphy, Va. Bar No. 35380
               MURPHY & McGONIGLE
               4870 Sadler Road, Suite 301
               Glen Allen, VA 23060
               jmurphy@mmlawus.com
               Telephone: 804.762.5330
               Facsimile: 804.762.5360

               *Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

/s/ Jason C. Schwartz
Jason C. Schwartz, Va. Bar No. 43635
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
Telephone:       202.955.8500
Facsimile:        202.467.0539