IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>John A. Kanas and John Bohlsen,<br><br>    Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, February 24, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Motion for Leave to File Documents Under Seal.

                Respectfully submitted,

Dated: February 21, 2012

/s/ Jason C. Schwartz
Orin Snyder, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
osnyder@gibsondunn.com
Telephone:	212.351.4000
Facsimile:	212.351.4035

Jason C. Schwartz, Va. Bar No. 43635
Howard S. Hogan, *pro hac vice*
Michael S. Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
hhogan@gibsondunn.com
mdiamant@gibsondunn.com
Telephone:	202.955.8500
Facsimile:	202.467.0539

James A. Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE
4870 Sadler Road, Suite 301
Glen Allen, VA  23060
jmurphy@mmlawus.com
Telephone:	804.762.5330
Facsimile:	804.762.5360

*Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 21th day of February, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

                                               /s/ Jason C. Schwartz
                                               Jason C. Schwartz, Va. Bar No. 43635
                                               GIBSON, DUNN & CRUTCHER LLP
                                               1050 Connecticut Avenue, N.W.
                                               Washington, DC  20036
                                               jschwartz@gibsondunn.com
                                               Telephone:        202.955.8500
                                               Facsimile:         202.467.0539