**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION, ) ) ) Plaintiff, ) ) ) v. ) JOHN A KANAS and ) JOHN BOHLSEN, ) ) Defendants. ) ) | Civil No. 1:11 CV 750 (LO/TRJ) |

**NOTICE OF HEARING FOR**
**DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that on Friday, February 24, at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendants John Kanas and John Bohlsen shall move this Honorable Court for entry of an Order granting its motion for leave to file documents under seal.

Dated: February 23, 2012

By:    /s/ James H. Rodio

David Boies
*Pro hac vice*
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914.749.8200
Fax: 914.749.8300
Email: dboies@bsfllp.com

        Stuart H. Singer
*Pro hac vice*
Carlos Sires
*Pro hac vice*
BOIES SCHILLER & FLEXNER LLP
401 E. Las. Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
Fax.: 954.356.0022
Email: ssinger@bsfllp.com

Matthew W. Friedrich
*Pro hac vice*
David Ellis
Virginia Bar No.: 74860
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. N.W.
Washington D.C. 20015
Telephone: 202.274.1113
Fax: 202.237.6131
Email: mfriedrich@bsfllp.com

James H. Rodio
James H. Rodio, PLC
Virginia Bar No. 20139
2121 Eisenhower Ave. Suite 300
Alexandria, Virginia 22314
Phone:          703-549-2288
Facsimile:      703-562-7011
Email: jimrodio@rodiolaw.com

*Attorneys for Defendants, John A. Kanas and John Bohlsen*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of February, 2012 I electronically filed the foregoing Notice of Hearing for Defendant's Motion for Leave to File Documents Under Seal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jason Craig Schwartz
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC  20036-5306
jschwartz@gibsondunn.com

Michael S. Diamant
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC  20036-5306
mdiamant@gibsondunn.com

James A. Murphy
Murphy & McGonigle
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
jmurphy@mmlawus.com

                                            /s/ James H. Rodio
                                            James H. Rodio
                                            James H. Rodio, PLC
                                            Attorney for John A Kanas and
                                            John Bohlsen
                                            Virginia Bar No. 20139
                                            2121 Eisenhower Ave. Suite 300
                                            Alexandria, Virginia 22314
                                            Phone:     703 549-2288
                                            Facsimile:  703 562-7011
                                            Email: jimrodio@rodiolaw.com