UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THOMAS RAWLES JONES, JR.</u>

## MOTION HEARING

Date: 2/24/12
Start: 10:59 A.M.
Finish: 11:18 A.M.
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: 11 CV 750

Capital One Financial Corp.

vs.

Kanas et al.

Appearance of Counsel for ( X ) Plaintiff    ( X ) Defendant

Motion for leave to file Documents UNDER SEAL DE#40
Motion to Compel - DE#41 ; Motion to Seal - DE#50

( ) Matter is Uncontested and Taken Under Advisement

Argued & DE#41
(X) Granted  ( )Denied  ( ) Granted in part/Denied in part
(X) Taken Under Advisement  ( ) Continued to

DE#40 & #50

( ) Report and Recommendation to Follow

( X ) Order to Follow