IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN A. KANAS, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:11cv750 |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that plaintiff's motion to compel (no. 41) is GRANTED.

ENTERED this 24th day of February, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia