IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>John A. Kanas and John Bohlsen,<br><br>     Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

## NOTICE OF APPEARANCE

On this day, appeared Brent M. Timberlake (Virginia State Bar No. 68720), a duly admitted member of this Court, as co-counsel of record on behalf of Capital One Financial Corporation for all matters and proceedings hereafter.

Respectfully submitted,

Dated: March 5, 2012

/s/ Brent M. Timberlake
Brent M. Timberlake, Va. Bar. No. 68720
CAPITAL ONE SERVICES, LLC
15000 Capital One Drive
ATTN: 12077-0270
Richmond, Virginia 23238
brent.timberlake@capitalone.com
Telephone:     804.284.0846
Facsimile:      804.284.1182

Orin Snyder, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
osnyder@gibsondunn.com
Telephone:     212.351.4000
Facsimile:      212.351.4035

Jason C. Schwartz, Va. Bar No. 43635
Howard S. Hogan, *pro hac vice*
Michael S. Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
hhogan@gibsondunn.com
mdiamant@gibsondunn.com
Telephone:	202.955.8500
Facsimile:	202.467.0539

James A. Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE
4870 Sadler Road, Suite 301
Glen Allen, VA  23060
jmurphy@mmlawus.com
Telephone:	804.762.5330
Facsimile:	804.762.5360

*Attorneys for Plaintiff Capital One Financial Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio<br>
James H. Rodio PLC<br>
2121 Eisenhower Avenue<br>
Suite 300<br>
Alexandria, VA 22314<br>
jimrodio@rodiolaw.com

/s/ Brent M. Timberlake
Brent M. Timberlake, Va. Bar. No. 68720
CAPITAL ONE SERVICES, LLC
15000 Capital One Drive
ATTN: 12077-0270
Richmond, Virginia 23238
brent.timberlake@capitalone.com
Telephone:    804.284.0846
Facsimile:     804.284.1182