IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>John A. Kanas and John Bohlsen,<br><br>        Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, March 16, 2012, at 10:00 a.m., or at such earlier time as this Court may designate, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Emergency Motion for Modification of the Agreed Protective Order.

                                        Respectfully submitted,

Dated: March 5, 2011             /s/ Jason C. Schwartz
                                        Orin Snyder, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
osnyder@gibsondunn.com
Telephone:     212.351.4000
Facsimile:      212.351.4035

Jason Schwartz, Va. Bar No. 43635
Howard S. Hogan, *pro hac vice*
Michael Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
hhogan@gibsondunn.com
mdiamant@gibsondunn.com
Telephone:     202.955.8500
Facsimile:      202.467.0539

James A. Murphy, Va. Bar No. 35380
MURPHY & McGONIGLE
4870 Sadler Road, Suite 301
Glen Allen, VA  23060
jmurphy@mmlawus.com
Telephone:     804.762.5330
Facsimile:      804.762.5360

*Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th of March, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

/s/ Jason C. Schwartz
Jason Schwartz, Va. Bar No. 43635
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
jschwartz@gibsondunn.com
Telephone:   202.955.8500
Facsimile:   202.467.0539