IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Capital One Financial Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>John A. Kanas )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:11cv750 (LO/TRJ) |

O R D E R

This matter is before the court on plaintiff's emergency motion (no. 62) for modification of the agreed protective order.  For the reasons stated in a telephone hearing and in accord with specific rulings made at that time, it is ORDERED that the motion is DENIED.

ENTERED this 6th day of March, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia