**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

Capital One Financial Corporation,

    Plaintiff,

    v.                                                    Civil Action No. 1:11-cv-750 (LO/TRJ)

John A. Kanas and John Bohlsen,

    Defendants.

---

**[~~PROPOSED~~] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Strike and Substitute Amended

Filing, it is hereby:

ORDERED THAT:

1. The Unopposed Motion to Strike and Substitute Amended Filing is hereby

GRANTED ~~in all respects.~~ *IN PART.*

2. The original filing, ECF No. 55, and its exhibit, ECF No. 55-1, be *shall* ~~stricken and~~

~~removed from the docket.~~ *sealed.*

3. Plaintiff shall file an amended version of the document formerly filed as ECF No. 55

as a new docket entry with the sole difference that Plaintiff shall replace the exhibit formerly

designated ECF No. 55-1 with the new redacted version of Plaintiff's First Amended Responses

to Defendants' First Set of Interrogatories, which is attached to the Memorandum In Support Of

Plaintiff's Unopposed Motion to Strike and Substitute Amended Filing as Exhibit A.

4. This Court's March 5, 2012 Order granting the motions for leave to file documents under seal shall apply to the amended version of the document formerly designated ECF No. 55-1.

Dated: _3/7/12_

/s/Thomas Rawles Jones, Jr.
_____
Hon. Thomas Rawles Jones, Jr.
United States Magistrate Judge