IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



Capital One Financial Corporation,

    Plaintiff,

v.

John A. Kanas and John Bohlsen,

    Defendants.

Civil Action No. 1:11-cv-750 (LO/TRJ)

## ORDER

Upon consideration of the Joint Motion on Discovery Issues, it is hereby:

ORDERED THAT:

1. The Joint Motion on Discovery Issues is hereby GRANTED in all respects.

2. Capital One's supplemental expert reports shall be served by April 16, Defendants' rebuttal expert reports shall be served by April 30, and expert depositions will be conducted by May 11.

3. Defendants may conduct the deposition of Richard Fairbank after April 9 on a mutually acceptable date.

4. Capital One is granted leave to conduct the single additional non-party, non-expert deposition of Lisa Min.

Dated: March 9, 2012

/s/Thomas Rawles Jones, Jr.
Hon. Thomas Rawles Jones, Jr.
United States Magistrate Judge