# APPENDIX A

# Declaration of Stuart Singer

In Support of Motion of Defendants
Kanas and Bohlsen for Summary Judgment

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Capital One Financial Corporation,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>John A. Kanas and John Bohlsen,   )<br>   )<br>   Defendants.   )<br>_____ ) | Civil No. 1:11-CV-750 (LO/TRJ) |

## DECLARATION OF STUART H. SINGER

I, Stuart H. Singer, under penalty of perjury, hereby declare:

1. I am a Partner at Boies, Schiller & Flexner LLP and Counsel for the Defendants, John A. Kanas and John Bohlsen, in the above captioned action. I submit this Declaration in support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of John Finneran dated February 8, 2012 (filed under seal).

3. Attached hereto as Exhibit 2 is a true and correct copy of Capital One's Second Amended Responses to Defendants' First Requests for Admission (filed under seal).

4. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Matthew Galligan dated April 3, 2012 (filed under seal).

5. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Lynn Carter dated January 26, 2012 (filed under seal).

6. Attached hereto as Exhibit 5 is a true and correct copy of transcript

excerpts from the deposition of James Covington dated February 22, 2012 (filed under seal).

7. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Konrad Schwarz dated February 17, 2012 (filed under seal).

8. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Michael Slocum dated February 14, 2012 (filed under seal).

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 6, 2012

_____
Stuart H. Singer

# EXHIBIT #1

# (Filed Under Seal)

# Singer Declaration

# EXHIBIT #2

# (Filed Under Seal)

# Singer Declaration

# EXHIBIT #3

# (Filed Under Seal)

Singer Declaration

# EXHIBIT #4

# (Filed Under Seal)

# Singer Declaration

# EXHIBIT #5

# (Filed Under Seal)

# Singer Declaration

# EXHIBIT #6

# (Filed Under Seal)

# Singer Declaration

# EXHIBIT #7

# (Filed Under Seal)

# Singer Declaration