**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Capital One Financial Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No.  1:11-CV-750 (LO/TRJ) |
| | ) |
| John A. Kanas and John Bohlsen, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, April 27, 2012, at 10:00 a.m., or as soon

thereafter as counsel may be heard, Defendants John A. Kanas and John Bohlsen shall move the

Court for summary judgment as to all claims asserted by plaintiff, Capital One Financial

Corporation.


Dated: April 6, 2012                                    Respectfully submitted,


                                                        /s/ James H. Rodio
                                                        David Boies
                                                        *Pro hac vice*
                                                        BOIES SCHILLER & FLEXNER LLP
                                                        333 Main Street
                                                        Armonk, New York 10504
                                                        Telephone: 914.749.8200
                                                        Fax: 914.749.8300
                                                        Email: dboies@bsfllp.com

                                                        Stuart H. Singer
                                                        *Pro hac vice*
                                                        Carlos M. Sires
                                                        *Pro hac vice*
                                                        BOIES SCHILLER & FLEXNER LLP

1

401 E. Las. Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
Fax.: 954.356.0022
Email: ssinger@bsfllp.com
        csires@bsfllp.com

Matthew W. Friedrich
*Pro hac vice*
David Ellis
Virginia Bar No.: 74860
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. N.W.
Washington D.C. 20015
Telephone: 202.274.1113
Fax: 202.237.6131
Email: mfriedrich@bsfllp.com

James H. Rodio, PLC
Virginia Bar No. 20139
2121 Eisenhower Ave. Suite 300
Alexandria, Virginia 22314
Phone: 703 549-2288
Fax:    703 562-7011
Email: jimrodio@rodiolaw.com

*Attorneys for Defendants, John A. Kanas
and John Bohlsen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012 I electronically filed the foregoing Motion of Defendants Kanas and Bohlsen for Summary Judgment with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jason Craig Schwartz
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC  20036-5306
jschwartz@gibsondunn.com

Michael S. Diamant
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC  20036-5306
mdiamant@gibsondunn.com

James A. Murphy
Murphy & McGonigle
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
jmurphy@mmlawus.com

Brent Manning Timberlake, Esq.
Capital One Service LLC
15000 Capital One Drive
Richmond, VA 23238
brent.timberlake@capitalone.com

/s/ James H. Rodio
James H. Rodio
James H. Rodio, PLC
Attorney for John A Kanas and
John Bohlsen
Virginia Bar No. 20139
2121 Eisenhower Ave. Suite 300
Alexandria, Virginia 22314
Phone:      703 549-2288
Facsimile:  703 562-7011
Email: jimrodio@rodiolaw.com

3