**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| CAPITAL ONE FINANCIAL CORPORATION,         )<br>)<br>Plaintiff,         )<br>)<br>v.         )<br>JOHN A KANAS and         )<br>JOHN BOHLSEN,         )<br>)<br>Defendants.         )<br>_____) | Civil No. 1:11 CV 750 (LO/TRJ) |

**NOTICE OF WAIVER OF HEARING FOR
DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Defendants John Kanas and John Bohlsen, through Counsel, provide notice that they waive a hearing on Defendant's Motion for Leave to File Documents Under Seal.

Dated: April 9, 2012

By:      /s/ James H. Rodio

David Boies
*Pro hac vice*
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914.749.8200
Fax: 914.749.8300
Email: dboies@bsfllp.com

Stuart H. Singer
*Pro hac vice*
Carlos Sires
*Pro hac vice*
BOIES SCHILLER & FLEXNER LLP
401 E. Las. Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: 954.356.0011
Fax: 954.356.0022
Email: ssinger@bsfllp.com

Matthew W. Friedrich
*Pro hac vice*
David Ellis
Virginia Bar No.: 74860
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. N.W.
Washington D.C. 20015
Telephone: 202.274.1113
Fax: 202.237.6131
Email: mfriedrich@bsfllp.com

James H. Rodio
James H. Rodio, PLC
Virginia Bar No. 20139
2121 Eisenhower Ave. Suite 300
Alexandria, Virginia 22314
Phone:           703-549-2288
Facsimile:       703-562-7011
Email: jimrodio@rodiolaw.com

*Attorneys for Defendants, John A. Kanas and John Bohlsen*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of April, 2012 I electronically filed the foregoing Notice of Waiver of Hearing for Defendant's Motion for Leave to File Documents Under Seal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jason Craig Schwartz
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC  20036-5306
jschwartz@gibsondunn.com

Michael S. Diamant
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC  20036-5306
mdiamant@gibsondunn.com

James A. Murphy
Murphy & McGonigle
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
jmurphy@mmlawus.com

Brent Manning Timberlake, Esq.
Capital One Service LLC
15000 Capital One Drive
Richmond, VA 23238
brent.timberlake@capitalone.com

                /s/ James H. Rodio
                James H. Rodio
                James H. Rodio, PLC
                Attorney for John A Kanas and
                John Bohlsen
                Virginia Bar No. 20139
                2121 Eisenhower Ave. Suite 300
                Alexandria, Virginia 22314
                Phone:    703 549-2288
                Facsimile:  703 562-7011
                Email:  jimrodio@rodiolaw.com