IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Capital One Financial Corporation,

　　　　Plaintiff,

v.

John A. Kanas and John Bohlsen,

　　　　Defendants.

Civil Action No. 1:11-cv-750 (LO/TRJ)

FILED APR 11 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Extend Pretrial Disclosures and Expert Discovery, it is hereby:

ORDERED THAT:

1. The Joint Motion to Extend Pretrial Disclosures and Expert Discovery is hereby GRANTED in all respects.

2. Plaintiff and Defendants must exchange exhibit lists and copies of exhibits, and must electronically file exhibit lists, by May 25, 2012, with any objections due by June 4, 2012.

3. Plaintiff and Defendants must exchange and electronically file witness lists by May 7, 2012, with any objections due by May 17, 2012.

4. Plaintiff shall take the deposition of David J. Teece between May 22 and 25, 2012.

Dated: 4-11-12

/s/ Thomas Rawles Jones, Jr.
Hon. Thomas Rawles Jones, Jr.
United States Magistrate Judge