IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>John A. Kanas and John Bohlsen,<br><br>   Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

**PLAINTIFF CAPITAL ONE FINANCIAL CORPORATION'S NOTICE OF
SUBMISSION OF REDACTED VERSIONS OF EXHIBITS 1, 2, 4, 5, 6, AND 7 TO THE
DECLARATION OF STUART SINGER IN SUPPORT OF DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to this Court's order of April 13, 2012 (ECF No. 93), Plaintiff Capital One Financial Corporation respectfully submits redacted versions of Exhibits 1, 2, 4, 5, 6, and 7 to the Declaration of Stuart Singer in support of Defendants' Motion for Summary Judgment.  (ECF No. 83-1).

                                        Respectfully submitted,

Dated: April 23, 2012                    /s/ Michael S. Diamant
                                        Orin Snyder, *pro hac vice*
                                        GIBSON, DUNN & CRUTCHER LLP
                                        200 Park Avenue
                                        New York, NY  10166-0193
                                        osnyder@gibsondunn.com
                                        Telephone:     212.351.4000
                                        Facsimile:      212.351.4035

                                        Jason C. Schwartz, Va. Bar No. 43635
                                        Howard S. Hogan, *pro hac vice*
                                        Michael S. Diamant, Va. Bar No. 65404
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC  20036
                                        jschwartz@gibsondunn.com
                                        hhogan@gibsondunn.com
                                        mdiamant@gibsondunn.com
                                        Telephone:     202.955.8500
                                        Facsimile:      202.467.0539

                                        James A. Murphy, Va. Bar No. 35380
                                        MURPHY & McGONIGLE
                                        4870 Sadler Road, Suite 301
                                        Glen Allen, VA  23060
                                        jmurphy@mmlawus.com
                                        Telephone:     804.762.5330
                                        Facsimile:      804.762.5360

                                        *Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd of April, 2012, I will electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA  22314
jimrodio@rodiolaw.com

/s/ Michael S. Diamant
Michael S. Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
mdiamant@gibsondunn.com
Telephone:	202.955.8500
Facsimile:	202.467.0539