**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| Capital One Financial Corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 1:11-cv-750 (LO/TRJ) |
| John A. Kanas and John Bohlsen, | |
| Defendants. | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 18, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Capital One Financial Corporation shall move this Honorable Court for entry of an Order granting its Motion for Partial Summary Judgment.

Dated: April 25, 2012          Respectfully submitted,

         /s/ Michael S. Diamant
         Orin Snyder, *pro hac vice*
         GIBSON, DUNN & CRUTCHER LLP
         200 Park Avenue
         New York, NY 10166-0193
         osnyder@gibsondunn.com
         Telephone: 212.351.4000
         Facsimile: 212.351.4035

         Jason C. Schwartz, Va. Bar No. 43635
         Howard S. Hogan, *pro hac vice*
         Michael S. Diamant, Va. Bar No. 65404
         GIBSON, DUNN & CRUTCHER LLP
         1050 Connecticut Avenue, N.W.
         Washington, DC 20036
         jschwartz@gibsondunn.com
         hhogan@gibsondunn.com
         mdiamant@gibsondunn.com
         Telephone: 202.955.8500
         Facsimile: 202.467.0539

         James A. Murphy, Va. Bar No. 35380
         MURPHY & McGONIGLE
         4870 Sadler Road, Suite 301
         Glen Allen, VA 23060
         jmurphy@mmlawus.com
         Telephone: 804.762.5330
         Facsimile: 804.762.5360

         *Attorneys for Plaintiff Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th of April, 2012, I will cause to be hand delivered and electronically file the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

                                          /s/ Michael S. Diamant
                                          Michael S. Diamant, Va. Bar No. 65404
                                          GIBSON, DUNN & CRUTCHER LLP
                                          1050 Connecticut Avenue, N.W.
                                          Washington, DC  20036
                                          mdiamant@gibsondunn.com
                                          Telephone:   202.955.8500
                                          Facsimile:    202.467.0539