IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>John A. Kanas and John Bohlsen,<br><br>　　　　Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

## AMENDED CERTIFICATE OF SERVICE

　　I hereby certify that on the 25th of April, 2012, I electronically filed Plaintiff Capital One Financial Corporation's Motion For Partial Summary Judgment and supporting documents (ECF Nos. 107, 108, 109) with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

　　　　　　　　　　　　　　　　　　/s/ Michael S. Diamant
　　　　　　　　　　　　　　　　　　Michael S. Diamant, Va. Bar No. 65404
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　mdiamant@gibsondunn.com
　　　　　　　　　　　　　　　　　　Telephone:   202.955.8500
　　　　　　　　　　　　　　　　　　Facsimile:    202.467.0539