IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Capital One Financial Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>John A. Kanas and John Bohlsen,<br><br>    Defendants. | Civil Action No. 1:11-cv-750 (LO/TRJ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 25th of April, 2012, I electronically filed Plaintiff Capital One Financial Corporation's Motion For Leave to File Documents Under Seal and supporting documents (ECF No. 105) with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

James H. Rodio
James H. Rodio PLC
2121 Eisenhower Avenue
Suite 300
Alexandria, VA 22314
jimrodio@rodiolaw.com

/s/ Michael S. Diamant
Michael S. Diamant, Va. Bar No. 65404
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
mdiamant@gibsondunn.com
Telephone:   202.955.8500
Facsimile:    202.467.0539