DATE: 04-27-12                    JUDGE: O'GRADY
                                  Reporter: N. Linnell
START: 11:00
FINISH: 11:37

Civil Action Number: 1:11cv00750

**CAPITAL ONE FINANCIAL CORPORATION**

V.

**JOHN A. KANAS, et.al.**

Appearances of Counsel for ( X) Pltf        ( X ) Deft
(  ) Matter is uncontested

Defendants' [82] Motion for Summary Judgment - argued and taken under advisement.

( X ) Order to Follow